# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Quinella Austin

     Plaintiff,

v.             Case No.: 1:24−cv−03267
              Honorable Sharon Johnson Coleman

Relish Labs, LLC

     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2025:

  MINUTE entry before the Honorable Keri L. Holleb Hotaling: Virtual settlement conference held on 5/22/2025. The parties reached a settlement in principle and are finalizing the settlement agreement. Dismissal papers shall be filed on or before 7/21/2025.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.