**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| QUINELLA AUSTIN, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:24-cv-03267 |
| ) | |
| v. ) | |
| ) | |
| RELISH LABS, LLC, d/b/a HOME CHEF, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Quinella Austin and Defendant Relish Labs, LLC, d/b/a Home Chef, collectively "Parties," by and through their respective undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of all of Plaintiff's claims against Defendant in this Action, with each Party bearing its own attorney's fees, expenses, and costs.

DATED: July 21, 2025                                         *Respectfully submitted,*

1

| QUINELLA AUSTIN | RELISH LABS, LLC, d/b/a HOME CHEF |
|---|---|
| */s/ Andres C. Pereira* | */s/ Kirsten Gough* |
| Andres Pereira | Kirsten Gough |
| David Bizar | Diane Webester |
| DJC Law, PLLC | Richard E. Daniels |
| 1012 W Anderson Ln | GORDON REES LLP |
| Austin, TX 78757 | One North Wacker Street, Ste. 1600 |
| 512.220.1800 | Chicago, IL 60606 |
| apereira@teamjustice.com | Tel: (312) 565-1400 |
| | kgough@grsm.com |
| Sam Eirinberg | dwebster@grsm.com |
| DJC LAW, PLLC | rdaniels@grsm.com |
| 140 South Dearborn Street | |
| Suite 1610 | *Counsel for Defendant* |
| Chicago, IL 60602 | |
| | |
| *Counsel for Plaintiffs* | |

**CERTIFICATE OF SERVICE**

I certify that on July 21, 2025, a copy of the foregoing **STIPULATION OF DISMISSAL** was served via electronic means via the Court's CM/ECF system to all counsel of record.

/s/ Kirsten Gough