## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Quinella Austin

                        Plaintiff,

v.                                     Case No.: 1:24–cv–03267

                                            Honorable Keri L. Holleb Hotaling

Relish Labs, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Pursuant to the stipulation of dismissal [Dkt. 58], this matter is hereby dismissed with prejudice, with each party bearing its own attorney's fees, expenses, and costs. CIVIL CASE TERMINATED. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.